UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TODD WOLFE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:13-cv-01222-DML-TWP |
| ) | |
| ECMC GROUP, INC. et al., ) | |
| ) | |
| Defendants. ) | |

## Judgment

On September 29, 2014, Plaintiff's complaint was dismissed for failure to state a claim upon which relief can be granted (Dkt. 79). No amended complaint was filed. Accordingly, the Court now enters judgment according to Fed. R. Civ. P. 58 in favor of the Defendants, and against the Plaintiffs. Plaintiffs shall take nothing by way of their complaint.

So ORDERED.

Date: March 31, 2015

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system